SADIE BRILL and HORTENSE BRILL, as Executrices of and Trustees under the Last Will and Testament of SOL BRILL, Deceased, Respondents, v. HARRY BRANDT and SIDNEY SATENSTEIN, Appellants.

Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ.; Untermyer and Callahan, JJ., dissent; dissenting opinion by Callahan, J. [176 Misc. 580.]

CALLAHAN, J. (dissenting). I dissent as to appellant Satenstein and vote to reverse the judgment and dismiss the complaint as to him on the ground that plaintiffs' claim against Satenstein was on the note and was barred by the Statute of Limitations. (*Woodruff* v. *Moore*, 8 Barb. 171, 172; *Blanchard* v. *Blanchard*, 201 N. Y. 134.) The letters of Satenstein's attorneys to the bank did not contain a written acknowledgment of the claim, signed by the party to be charged, within the provisions of section 59 of the Civil Practice Act so as to toll the statute.

Untermyer, J., concurs.